UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

```
In Re:                    )      Case No.: 11-03729-JDP
Francisco Machuca and     )
Angela Machuca,           )
                          )
debtors._____ )
```

Order Allowing Objection to Proof of Claim

The debtors, by and through Jake W. Peterson, having filed an objection to the claim of National Capital Management LLC, (docket number 42) hereinafter referred to as creditor, which was filed as claim number 18, and notice having been given to the creditor pursuant to the Amended Certifica6te of Service (docket number 45) which was filed on May 9th, 2012 that unless the objection was contested, this Court would enter an order disallowing the claim to the extent objected to and grant the debtor the relief requested and the creditor having not contested the objection,

Now therefore, based upon the objection to the proof of claim of National Capital Management, LLC, filed by the debtors, it is ordered that the secured claim number eighteen of National Capital Management, LLC, is disallowed as a secured claim and allowed as an unsecured claim. //end of text//

Dated:  June 13, 2012

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by Jake W. Peterson